FILED VIA MAIL

APR 11 2016

CLERK, U.S. ...
MIDDLE ... FLORIDA
... DIVISION

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| HAROLD DAVIS LEWIS, JR. | Case No. 6:15-bk-04893-CCJ |
| Debtor. | Chapter 7 |
| _____/ | |
| HOWARD H. HEWITT and A. EUGENE LEWIS, | Adversary Proceeding No. 6:15-ap-155 |
| Plaintiffs, | |
| v. | |
| TBF PARTNERS, LTD., a Texas limited partnership; TBF MANAGEMENT, LLC, a Texas limited liability company; THOMAS E. BRONSON, and J. TOM BRONSON, | |
| Defendants. | |
| _____/ | |

**DEPONENT'S OBJECTION TO PRODUCTION OF DOCUMENTS
UNDER PLAINTIFFS' SUBPOENA DUCES TECUM**

COMES NOW the Deponent, Records Custodian for Johnston & Sasser, P.A. (identified as Darryl W. Johnston, Esq., in the subpoena) by and through its undersigned counsel and files its Objection to the Production of Documents under Defendant's Subpoena Duces Tecum for Records Custodian Deposition, and states:

1. Johnston & Sasser, P.A., is a law firm practicing in Brooksville, Florida.

2. The undersigned was served with a subpoena on March 24, 2016, requesting document production on April 15, 2016. There was no time frame for the documents request and,

as drafted, it is overly burdensome.

3. The undersigned was informed by counsel for Defendants that they were not served with any notice prior to issuance and service of the subpoena duces tecum, and the subpoena is void.

WHEREFORE, Deponent has responded and objects to the production of the documents requested in Plaintiffs' Subpoena Duces Tecum.

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing was furnished by email this 8 day of April 2016 to Attorney for Plaintiff, Michael C. Markham, Esq., Johnson Pope Bokor Ruppel & Burns LLP, Attorneys for Plaintiffs at mikem@jpfirm.com; and to Keith T. Appleby, Esq., Banker Lopez Gassler P.A., Attorneys for Defendants, at kappleby@bankerlopez.com and lbecker@bankerlopez.com.

_____
DARRYL W. JOHNSTON, ESQUIRE
Florida Bar No. 768286
Johnston and Sasser, P. A.
P. O. Box 997
Brooksville, FL  34605-0997
352/796-5123
352/799-3187 (fax)
Primary email: djohnston@johnstonandsasser.com
Secondary email: sclark@johnstonandsasser.com
Attorneys for Deponent